UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:14–cv–06057–MMM–RZ                                Date:   2/13/2015
Title:   SELVA REYES V. COUNTY OF SANTA BARBARA ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:       **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 02/12/2015, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 02/12/2015.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: ah